UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

VALERIE WEST, ET AL.,                :    CIVIL NO. H-83-366 (AHN)(HBF)
    *PLAINTIFFS,*                    :
                                     :
    V.                               :
                                     :
JOHN R. MANSON, ET AL.,              :
    *DEFENDANTS.*                    :    OCTOBER 17, 2003

## ORDER

In accordance with the monitoring provisions of the Consent Judgment dated April 23,

1987 and approved by Judge Nevas June 1, 1987, it is hereby ordered that the State of

Connecticut shall reimburse the Court-appointed Monitoring Panel Member, Jay Berkowitz,

M.D., in the above-captioned case for fees for services rendered relating to the March 19, 2003

site visit, in the amount of $4,000.00.

The State of Connecticut shall pay forthwith Jay Berkowitz, M.D., the sum of $4,000.00.

SO ORDERED.

Dated at Bridgeport, Connecticut, this 27 day of October, 2003.


Holly B. Fitzsimmons
United States Magistrate Judge