UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

VALERIE WEST, et al.
    Plaintiffs                   :      Civil No.: H-83-366 (RNC) (HBF)

v.

JOHN R. MANSON et al.,
    Defendants                :      January 6, 2004

## APPEARANCE

Please enter my appearance as co-counsel for the plaintiff in the above-captioned action, in lieu of Philip Tegeler and in addition to the other appearances already on file.

Respectfully Submitted,

BY: _____
Erin Boggs (ct22989)
Connecticut Civil Liberties Union
Foundation
32 Grand Street
Hartford, CT 06106
Telephone: 860-247-9823 x 212
Fax:     860-728-0287
E-mail: eboggs@cclu.org

## CERTIFICATE OF SERVICE

This is to certify that on this ___6th___ day of January 2004, a copy of the foregoing has been mailed postage prepaid to:

Henri Alexandre and
Steven Strom
Assistant Attorney Generals
MacKenzie Hall
110 Sherman Street
Hartford, CT  06105

Andrew Gaillard
Day, Berry & Howard
One Canterbury Green
Stamford, CT 06901

Kristin Thomas
Day, Berry & Howard
CityPlace I
Hartford, CT 06103

Lynn Cochrane
Greater Hartford Legal Assistance
80 Jefferson Street
Hartford, CT 06106

_____
Erin Boggs