UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| VALERIE WEST, ET AL., *PLAINTIFFS,* | : | CIVIL NO. H-83-366 (AHN)(HBF) |
| V. | : | |
| JOHN R. MANSON, ET AL., *DEFENDANTS.* | : | JANUARY 27, 2004 |

### ORDER

In accordance with the monitoring provisions of the Consent Judgment dated April 23, 1987 and approved by Judge Nevas June 1, 1987, it is hereby ordered that the State of Connecticut shall reimburse the Court-appointed Monitoring Panel Member, Gordon I. Kuster, M.D., in the above-captioned case for fees for services rendered relating to the November 6, 2003 site visit, in the amount of $3,000.00.

The State of Connecticut shall pay forthwith Gordon I. Kuster, M.D., the sum of $3,000.00.

SO ORDERED.

Dated at Bridgeport, Connecticut, this 29 day of January, 2004.

Holly B. Fitzsimmons
United States Magistrate Judge

Jan 23, 2004

Steven R. Strom
Assistant Attorney General
State of Connecticut
MacKenzie Hall
110 Sherman Street
Hartford, Ct. 06105

Re: Mental Health Agreement Monitoring Panel
CCI - York/Niantic
West vs Manson, Civil # H-83-366

Dear Attorney Strom,

The following bill is for services rendered by me associated with the Nov 6, 2003 site visit of the Agreement Monitoring Panel to York/Niantic.

| Date | Service | Hours |
|---|---|---|
| Nov 3-5, 2003 | Site visit preparation | 1..0 hours |
| Nov 6, 2003 | Travel | 2.5 hours |
| | Meeting | 8.5 hours |
| Nov 10 - 19, 2003 | Report Review | 3.0 hours |
| | Total Hours: | 15 hours |

Fee - $ 200 per hour          **Amount Due:**          **$ 3,000.00**

The panel report has been faxed to Judge Fitzsimmons.

Sincerely,

*Gordon J. Kuster M.D.*

Gordon I Kuster M.D.
189 Hitchcock Court
Orange, Ct. 06477                    203-799-2754