UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2004 MAR -2  P 1: 28
DISTRICT COURT
HARTFORD, CT.

VALERIE WEST, et al.
    Plaintiffs

v.

JOHN R. MANSON et al.,
    Defendants

: Civil No.: H-83-366 (RNC) (HBF)
:
:
:
:
: February 27, 2004

## WITHDRAWAL OF APPEARANCE

Pursuant to Rule 7 of the Local Rules of Civil Procedure for the United States District Court, Philip Tegeler requests leave to withdraw his appearance for plaintiffs in this action. Attorney Erin Boggs, Andy Gaillard, and Lynn Cochrane will continue to serve as counsel for Mr. Rivera.

PLAINTIFF
VALERIE WEST

BY: _____
Philip D. Tegeler
Fed. Bar #ct05515
Connecticut Civil Liberties
   Union Foundation
32 Grand Street
Hartford, CT 06106
   Telephone: 860-247-9823 x211
Fax: 860-728-0287

CERTIFICATE OF SERVICE

This is to certify that on this 1st day of March 2004, a copy of the foregoing has been mailed postage prepaid to:

Henri Alexandre and
Steven Strom
Assistant Attorney Generals
MacKenzie Hall
110 Sherman Street
Hartford, CT 06105

Andrew Gaillard
Day, Berry & Howard
One Canterbury Green
Stamford, CT 06901

Kristin Thomas
Day, Berry & Howard
CityPlace I
Hartford, CT 06103

Lynn Cochrane
Greater Hartford Legal Assistance
80 Jefferson Street
Hartford, CT 06106

_____
Erin Boggs