UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

VALERIE WEST, et al.
    Plaintiffs

v.

JOHN R. MANSON et al.,
    Defendants

Civil No.: H-83-366 (RNC) (HBF)

February 27, 2004

## WITHDRAWAL OF APPEARANCE

Pursuant to Rule 7 of the Local Rules of Civil Procedure for the United States District Court, Philip Tegeler requests leave to withdraw his appearance for plaintiffs in this action. Attorney Erin Boggs, Andy Gaillard, and Lynn Cochrane will continue to serve as counsel for Mr. Rivera.

PLAINTIFF
VALERIE WEST

BY: _____
Philip D. Tegeler
Fed. Bar #ct05515
Connecticut Civil Liberties
    Union Foundation
32 Grand Street
Hartford, CT 06106
    Telephone: 860-247-9823 x211
Fax: 860-728-0287

Motion GRANTED. It is SO ORDERED. 3/16/04

2004 MAR 16 P 3:19
U.S. DISTRICT COURT
BRIDGEPORT, CONN