UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

VALERIE WEST, ET AL.,            :
    *PLAINTIFFS,*                  :        CIVIL NO. H-83-366 (AHN)(HBF)
                                    :
    V.                              :
                                    :
JOHN R. MANSON, ET AL.,          :
    *DEFENDANTS.*                   :        MARCH 31, 2004

## ORDER

In accordance with the monitoring provisions of the Consent Judgment dated April 23, 1987 and approved by Judge Nevas June 1, 1987, it is hereby ordered that the State of Connecticut shall reimburse the Court-appointed Monitoring Panel Member, Howard Zonana, M.D., in the above-captioned case for fees for services rendered relating to the March 19, 2003 and November 6, 2003 site visits, in the amount of $4,450.00.

The State of Connecticut shall pay forthwith Howard Zonana, M.D., the sum of $4,450.00.

SO ORDERED.

Dated at Bridgeport, Connecticut, this _1st_ day of April, 2004.

Holly B. Fitzsimmons
United States Magistrate Judge