UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| VALERIE WEST, ET AL., *PLAINTIFFS,* | CIVIL NO. H-83-366 (AHN)(HBF) |
| V. | |
| JOHN R. MANSON, ET AL., *DEFENDANTS.* | APRIL 6, 2004 |

## ORDER

In accordance with the monitoring provisions of the Consent Judgment dated April 23, 1987 and approved by Judge Nevas June 1, 1987, and the previous Rulings of this Court regarding attorneys' fees and costs, it is hereby ordered that the State of Connecticut shall pay attorneys' fees of $1,949.25 and costs in the amount of $25.55 for a total of $1,974.80, in the above-captioned case for the period February 6, 2003 to January 15, 2004.

The State of Connecticut shall pay forthwith to Connecticut Civil Liberties Union Foundation (CCLUF), the sum of $1,974.80.

SO ORDERED.

Dated at Bridgeport, Connecticut, this __7__ day of April, 2004.

Holly B. Fitzsimmons
United States Magistrate Judge