UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

VALERIE WEST, et al.                       :
    Plaintiffs                         :          Civil No.:  H-83-366 (RNC) (HBF)
                                       :
v.                                         :
                                       :
JOHN R. MANSON et al.,                     :
    Defendants                         :          May 14, 2004

## <u>APPEARANCE</u>

Please enter my appearance as co-counsel for the plaintiff in the above-captioned

action, in lieu of Erin Boggs and in addition to the other appearances already on file.

Respectfully Submitted,

BY:_____
    Annette M. Lamoreaux (ct 25769)
    Connecticut Civil Liberties Union
      Foundation
    32 Grand Street
    Hartford, CT 06106
    Telephone: 860-247-9823 x 211
    Fax: 860-728-0287
    E-mail: annettel@cclu.org

    Counsel for Plaintiffs
    Valerie West, et al.

## CERTIFICATE OF SERVICE

This is to certify that on this _____ day of May 2004, a copy of the foregoing has been mailed postage prepaid to:

Henri Alexandre and
Steven Strom
Assistant Attorney Generals
MacKenzie Hall
110 Sherman Street
Hartford, CT  06105

Andrew Gaillard
Day, Berry & Howard
One Canterbury Green
Stamford, CT 06901

Kristin Thomas
Day, Berry & Howard
CityPlace I
Hartford, CT 06103

Lynn Cochrane
Greater Hartford Legal Assistance
999 Asylulm Avenue
3rd Floor
Hartford, CT 06105

_____
Annette M. Lamoreaux