UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

2004 JUL 30 P 3: 53

U.S. DISTRICT COURT
BRIDGEPORT, CONN.

| | |
|---|---|
| VALERIE WEST, ET AL.,<br>*PLAINTIFFS,* | CIVIL NO. H-83-366 (AHN)(HBF) |
| V. | |
| JOHN R. MANSON, ET AL.,<br>*DEFENDANTS.* | JULY 26, 2004 |

## ORDER

In accordance with the monitoring provisions of the Consent Judgment dated April 23, 1987 and approved by Judge Nevas June 1, 1987, it is hereby ordered that the State of Connecticut shall reimburse the Court-appointed Monitoring Panel Member, Gordon I. Kuster, M.D., in the above-captioned case for fees for services rendered relating to the June 9, 2004 site visit, in the amount of $4,350.00.

The State of Connecticut shall pay forthwith Gordon I. Kuster, M.D., the sum of $4,350.00.

SO ORDERED.

Dated at Bridgeport, Connecticut, this 28 day of July, 2004.

Holly B. Fitzsimmons
United States Magistrate Judge

July 18, 2004

Steven R. Strom
Assistant Attorney General
State of Connecticut
MacKenzie Hall
110 Sherman Street
Hartford, Ct. 06105

Re:  Mental Health Agreement Monitoring Panel
     CCI - York/Niantic
     West vs Manson, Civil # H-83-366

Dear Attorney Strom,

The following bill is for services rendered by me associated with the June 9, 2004 and Nov 6, 2003 (see previous bill dated 1/23/04) site visits of the Agreement Monitoring Panel to York/Niantic.

| Date | Activity | Hours |
|---|---|---|
| June 7-8, 2004 | Site visit preparation | 2.0 hours |
| June 9, 2004 | Travel | 2.5 hours |
|  | Meeting | 7.75 hours |
| June 10 - July 18, 2004 | Report Preparation | 9.5 hours |
|  | Total Hours: | 21.75 hours |

Fee - $ 200 per hour        **Amount Due:**        **$ 4,350.00**

Unpaid amount from Jan. 23, 2004 bill        $ 3,00000 → *already submitted for payment*

**Total Amount Due:**        **$ 7,350.00**
                              − 3,000.00
                              $ 4,350.00

The panel report has been mailed to Judge Fitzsimmons.

Sincerely,

*[signature]*

Gordon I Kuster M.D.
189 Hitchcock Court
Orange, Ct. 06477              203-799-2754