UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

United States District Court
District of Connecticut
FILED AT BRIDGEPORT
6 /6 200_
Kevin F. Rowe, Clerk
By_____
Deputy Clerk

| | |
|---|---|
| VALERIE WEST, ET AL., *PLAINTIFFS,* | : CIVIL NO. H-83-366 (AHN)(HBF) |
| V. | : |
| JOHN R. MANSON, ET AL., *DEFENDANTS.* | : JUNE 2, 2005 |

### ORDER

In accordance with the monitoring provisions of the Consent Judgment dated April 23, 1987 and approved by Judge Nevas June 1, 1987, it is hereby ordered that the State of Connecticut shall reimburse the Court-appointed Monitoring Panel Member, Gordon I. Kuster, M.D., in the above-captioned case for fees for services rendered relating to the March 16, 2005 site visit, in the amount of $3,800.00.

The State of Connecticut shall pay forthwith Gordon I. Kuster, M.D., the sum of $3,800.00.

SO ORDERED.

Dated at Bridgeport, Connecticut, this _6_ day of June, 2005.

Holly B. Fitzsimmons
United States Magistrate Judge

May 11, 2005

Steven R. Strom
Assistant Attorney General
State of Connecticut
MacKenzie Hall
110 Sherman Street
Hartford, Ct. 06105

       Re: Mental Health Agreement Monitoring Panel
         CCI - York/Niantic
        West vs Manson, Civil # H-83-366

Dear Attorney Strom,

The following bill is for services rendered by me associated with the March 16, 2005 site visit of the Agreement Monitoring Panel to York/Niantic.

| Date | Service | Hours |
|---|---|---|
| March 14, 2005 | Site visit preparation | 1.25 hours |
| March 16, 2005 | Travel | 2.5 hours |
|  | Meeting | 7.25 hours |
| March 16 - May 1, 2005 | Report Preparation | 8.0 hours |
|  | **Total Hours:** | 19.0 hours |

Fee - $ 200 per hour   **Amount Due:**   **$ 3,800**

The panel report has been mailed to Judge Fitzsimmons.

Sincerely,

*Gordon Kuster, m.d.*

Gordon I Kuster M.D.
189 Hitchcock Court
Orange, Ct. 06477   203-799-2754