UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT          FILED

| | |
|---|---|
| VALERIE WEST, ET AL.<br>Plaintiffs, | :<br>:   CIVIL NO. 2:83-366(RNC) (HBF)<br>: |
| v. | :   U.S. DISTRICT COURT<br>:   BRIDGEPORT, CONN |
| JOHN R. MANSON, ET AL. | :   October 31, 2005 |
| Defendants. | : |

## MOTION TO WITHDRAW APPEARANCE

Pursuant to Rule 7 of the Local Rules of Civil Procedure for the United States District Court for the District of Connecticut, Annette M. Lamoreaux requests leave of this court to withdraw her appearance for plaintiffs in this action, as she will not longer be employed by the American Civil Liberties Union of Connecticut as of October 31, 2005. Attorneys Lynn Cochrane, and Andrew Gaillard will continue to serve as counsel for the plaintiffs in this action.

Respectfully submitted,

Annette M. Lamoreaux
Fed Id # ct 25769
American Civil Liberties Union Foundation
of Connecticut
32 Grand Street
Hartford, CT 06106
Telephone: 860-247-9823 x211
Fax: 860-728-0287

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| VALERIE WEST, ET AL.<br>Plaintiffs, | : CIVIL NO. H-83-366(RNC) (HBF) |
| v. | : |
| JOHN R. MANSON, ET AL.<br>Defendants. | : _____, 2005 |

## **ORDER**

Having considered Motion for Withdrawal of Appearance of Annette M. Lamoreaux as plaintiffs' counsel in this matter, pursuant to Rule 7 of the Local Rules of Civil Procedure for the United States District Court for the District of Connecticut, the Motion is hereby GRANTED this \_\_\_\_ day of _____, 2005. It is SO ORDERED.

_____
Judge Presiding

## CERTIFICATE OF SERVICE

This is to certify that on this ___ day of October 2005, a copy of the foregoing has been mailed postage prepaid to:

Steven R. Strom
Assistant Attorney General
110 Sherman Street
Hartford, CT 06105

Lynn Cochrane,
Greater Hartford Legal Assistance
80 Jefferson Street
Hartford, CT 06106

Andrew Gaillard
Day, Berry & Howard LLP
One Canterbury Green
Stamford, CT 06901

_____
Annette Lamoreaux