# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| VALERIE WEST, ET AL. | : |
| | :    CIVIL ACTION NO. |
| Plaintiffs, | :    2:83-cv-00366 (RNC)(HBF) |
| | : |
| vs. | : |
| | : |
| JOHN R. MANSON, ET AL. | : |
| | : |
| Defendants. | :    December 8, 2005 |

## MOTION TO WITHDRAW APPEARANCE OF ERIN M. BOGGS

Pursuant to Rule 7 of the Local Rules of Civil Procedure for the United States District Court for the District of Connecticut, Erin M. Boggs requests leave of this court to withdraw her appearance for plaintiffs in this action as she is no longer employed by the American Civil Liberties Union of Connecticut. Attorney Lynn Cochrane and Andrew Gaillard will continue to serve as counsel for the plaintiffs in this action.

                                            PLAINTIFFS,

                                  BY:   /s/ _____
                                                          Erin M. Boggs (ct22989)
                                                          Axinn, Veltrop & Harkrider LLP
                                                          90 State House Square
                                                          11th Floor
                                                          Hartford, CT 06103
                                                          Telephone:   860-275-8100
                                                          Facsimile:    860-275-8101
                                                          Email:         emb@avhlaw.com

## **ORDER**

Having considered Motion for Withdrawal of Appearance of Erin M. Boggs as plaintiff's counsel in this matter, pursuant to Rule 7 of the Local Rules of Civil Procedure for the United States District Court for the District of Connecticut, the Motion is hereby GRANTED this \_\_\_\_\_ day of _____, 200\_\_. It is so ORDERED.

_____
Judge Presiding

## CERTIFICATE OF SERVICE

I hereby certify that on December 8, 2005, a copy of the foregoing Motion to Withdraw Appearance was mailed via Regular U.S. Mail to the following counsel of record:

Margaret Q. Chapple, Esq.
Leonard Auster, Esq.
Office of the Attorney General
55 Elm Street
Hartford, CT 06106

Steven R. Strom, Esq.
Assistant Attorney General
110 Sherman Street
Hartford, CT 06105

Lynn Cochrane, Esq.
Greater Hartford Legal Assistance
80 Jefferson Street
Hartford, CT 06106

Andrew Gaillard, Esq.
Day, Berry & Howard LLP
One Canterbury Green
Stamford, CT 06901

Toya Alek Graham, Esq.
141 East Main Street
P.O. Box 2242
Waterbury, CT 06722

                                                /s/_____
                                                Erin M. Boggs