UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2005 DEC 16  P 3: 27

| | |
|---|---|
| VALERIE WEST, ET AL.,<br>*PLAINTIFFS,* | CIVIL NO. H-83-366 (AHN)(HBF) |
| V. | |
| JOHN R. MANSON, ET AL.,<br>*DEFENDANTS.* | DECEMBER 12, 2005 |

## ORDER

In accordance with the monitoring provisions of the Consent Judgment dated April 23, 1987 and approved by Judge Nevas June 1, 1987, it is hereby ordered that the State of Connecticut shall reimburse the Court-appointed Monitoring Panel Member, Gordon I. Kuster, M.D., in the above-captioned case for fees for services rendered relating to the October 19, 2005 site visit, in the amount of $2,800.00.

The State of Connecticut shall pay forthwith Gordon I. Kuster, M.D., the sum of $2,800.00.

SO ORDERED.

Dated at Bridgeport, Connecticut, this 14 day of December, 2005.

Holly B. Fitzsimmons
United States Magistrate Judge

Dec 7, 2005

Steven R. Strom
Assistant Attorney General
State of Connecticut
MacKenzie Hall
110 Sherman Street
Hartford, Ct. 06105

Re: Mental Health Agreement Monitoring Panel
CCI - York/Niantic
West vs Manson, Civil # H-83-366

Dear Attorney Strom,

The following bill is for services rendered by me associated with the October 19, 2005 site visit of the Agreement Monitoring Panel to York/Niantic.

| Date | Service | Hours |
|---|---|---|
| Oct 14-18, 2005 | - Site visit preparation | 3.0 hours |
| Oct 19, 2005 | - Travel | 2.5 hours |
|  | - Meeting | 7.0 hours |
| Nov 29, 2005 | - Report Preparation | 1.5 hours |
|  | Total Hours: | 14 hours |

Fee - $ 200 per hour          **Amount Due:**          **$ 2,800**

The panel report has been mailed to Judge Fitzsimmons.

Sincerely,

*Gordon J. Kuster m.d.*

Gordon I Kuster M.D.
189 Hitchcock Court
Orange, Ct. 06477          203-799-2754

DEC - 9 2005