# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| VALERIE WEST, ET AL. | : |
| Plaintiffs, | : CIVIL ACTION NO. |
| | : 2:83-cv-00366 (RNC)(HBF) |
| vs. | : |
| JOHN R. MANSON, ET AL. | : |
| Defendants. | : December 8, 2005 |

## MOTION TO WITHDRAW APPEARANCE OF ERIN M. BOGGS

Pursuant to Rule 7 of the Local Rules of Civil Procedure for the United States District Court for the District of Connecticut, Erin M. Boggs requests leave of this court to withdraw her appearance for plaintiffs in this action as she is no longer employed by the American Civil Liberties Union of Connecticut. Attorney Lynn Cochrane and Andrew Gaillard will continue to serve as counsel for the plaintiffs in this action.

PLAINTIFFS,

BY: _____
Erin M. Boggs (ct22989)
Axinn, Veltrop & Harkrider LLP
90 State House Square
11th Floor
Hartford, CT 06103
Telephone:   860-275-8100
Facsimile:    860-275-8101
Email:         emb@avhlaw.com

Motion GRANTED. It is SO ORDERED.
12/16/05

FILED 2005 DEC 19 A 11:00
U.S. DISTRICT COURT
BRIDGEPORT, CONN.

CTDOCS:15285.1