UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| VALERIE WEST, ET AL. | : | |
|     Plaintiffs, | : | CIVIL NO. H-83-366(RNC) (HBF) |
| | : | |
| v. | : | |
| | : | |
| JOHN R. MANSON, ET AL. | : | February 1, 2006 |
| | : | |
|     Defendants. | : | |

<u>APPEARANCE</u>

Please enter my appearance as co-counsel for the plaintiffs in the above-captioned action.

Respectfully submitted,

_____
Renee C. Redman
Fed Id # ct 16604
American Civil Liberties Union Foundation
of Connecticut
32 Grand Street
Hartford, CT 06106
Telephone: 860-247-9823 x211
Fax: 860-728-0287
email: rredman@acluct.org

CERTIFICATE OF SERVICE

  This is to certify that on this ___ day of February 2006, a copy of the foregoing has been mailed postage prepaid to:

Steven R. Strom
Assistant Attorney General
110 Sherman Street
Hartford, CT 06105

Lynn Cochrane,
Greater Hartford Legal Assistance
80 Jefferson Street
Hartford, CT 06106

Andrew Gaillard
Day, Berry & Howard LLP
One Canterbury Green
Stamford, CT 06901

Margaret Q. Chapple
Attorney General's Office
Employment Rights
55 Elm Street, P.O. Box 120
Hartford, CT 06141-0120

Toya Alek Graham
141 East Main Street
P.O. Box 2242
Waterbury, CT 06722-2242

_____
Renee C. Redman