UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| VALERIE WEST, ET. AL. | : | CIVIL NO. 3:83-366(HBF) |
| v. | : | |
| JOHN R. MANSON, ET. AL. | : | MAY 12, 2006 |

### ORDER

In accordance with the monitoring provisions of the Consent Judgment dated April 23, 1987 and approved by Judge Nevas on June 1, 1987, it is hereby ordered that Dr. Suzanne Gentile is appointed to the Agreement Monitoring Panel (AMP). It is further ordered that she is authorized to participate immediately in the duties of the AMP and to be entitled to all of the provisions of the AMP, including but not limited to payment as ordered by the Court, and indemnification and representation, as set forth in the Consent Judgment, at p.32, §IX, ¶2.

SO ORDERED.

Entered at Bridgeport, CT this _12_ day of May, 2006.

Holly B. Fitzsimmons
United States Magistrate Judge