FILED

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

2006 SEP 18 P 1:01

U.S. DISTRICT COURT
BRIDGEPORT, CONN

| | | |
|---|---|---|
| VALERIE WEST, ET AL., | : | CIVIL NO. H-83-366 (AHN)(HBF) |
| *PLAINTIFFS,* | : | |
| | : | |
| V. | : | |
| | : | |
| JOHN R. MANSON, ET AL., | : | |
| *DEFENDANTS.* | : | SEPTEMBER 14, 2006 |

## ORDER

In accordance with the monitoring provisions of the Consent Judgment dated April 23, 1987 and approved by Judge Nevas June 1, 1987, it is hereby ordered that the State of Connecticut shall reimburse the Court-appointed Monitoring Panel Member, Gordon I. Kuster, M.D., in the above-captioned case for fees for services rendered relating to the May 31, 2006 site visit, in the amount of $3,800.00.

The State of Connecticut shall pay forthwith Gordon I. Kuster, M.D., the sum of $3,800.00.

SO ORDERED.

Dated at Bridgeport, Connecticut, this _15_ day of September, 2006.

_____
Holly B. Fitzsimmons
United States Magistrate Judge

Sept. 11, 2006

Steven R. Strom
Assistant Attorney General
State of Connecticut
MacKenzie Hall
110 Sherman Street
Hartford, Ct. 06105

              Re:  Mental Health Agreement Monitoring Panel
                    CCI - York/Niantic
                    West vs Manson,  Civil # H-83-366

Dear Attorney Strom,

The following bill is for services rendered by me associated with the May 31, 2006 site visit of the Agreement Monitoring Panel to York/Niantic.

| Date | Description | Hours |
|---|---|---|
| May 29-31, 2006 | - Site visit preparation | 6.5 hours |
| May 31, 2006 | - Travel / Meeting | 10.5 hours |
| July 19, 2006 | - Report Preparation | 2 hours |
| | Total Hours: | 19 hours |

Fee - $ 200 per hour          **Amount Due:**          **$ 3,800**

Sincerely,

*Gordon I Kuster MD*

Gordon I Kuster M.D.
189 Hitchcock Court
Orange, Ct. 06477          203-799-2754

SEP 1 3