UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| VALERIE WEST, ET. AL. | : | NO. 3: CV83-366(HBF) |
| | : | |
| v. | : | |
| | : | |
| JOHN MANSON, ET AL. | : | SEPTEMBER 21, 2006 |

**PROTECTIVE ORDER**

In accordance with prior protective orders entered in this case, and in order to protect the privacy interests of the three York CI inmates and to comply with state and federal law regarding disclosure of such confidential records , it is hereby ORDERED:

A.) that the three health services records of the plaintiff class members requested by class counsel, shall be disclosed subject to the following:

B.) The health services records requested shall be available to plaintiffs' counsel, not the plaintiffs' themselves or representatives of their estates, if any, and shall not be re-disclosed by plaintiffs' counsel to any other persons except as follows and under the following circumstances:

1. The health services records shall be used only for the purposes of this litigation and not for any other purpose or litigation whatsoever.

2. The health records may be inspected at the central office of the Department of Correction, 24 Wolcott Hill Rd., Wethersfield, CT, 06109, and shall not be given, shown, made available, communicated or otherwise disclosed by plaintiffs' counsel to any other person whatsoever except:

    a.    employees of counsel assigned to and necessary to assist such counsel in the management of this case,

    b.    experts to the extent deemed necessary by counsel for this litigation,

      c.    the Court.

3.    The health records, and all copies of same, shall not be given to any person unless such person agrees that he or she shall not reveal or discuss such materials to or with any person who is not entitled to discover such information under the terms of this protective order or otherwise.

4.    The health records, and all copies of same, shall be returned to the Connecticut Department of Correction upon the final resolution and termination of the Consent Judgment in this action.

5.    The use of deposition testimony regarding the health records, and the use of the documents in any Court proceeding, including but not limited to hearing or trial, shall be made in accordance with the Court's orders and Court's rules of practice in the manner most appropriate to prevent the re-disclosure of the information consistent with this order.

6.    These restrictions shall not apply to the defendants, their agents and employees and their counsel, and their expert consultants.

**SO ORDERED**

Dated at Bridgeport, Connecticut this 12th day of October, 2006.

                                                      _____/s/_____
                                                      Holly B. Fitzsimmons
                                                      United States Magistrate Judge