UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| VALERIE WEST, ET AL., *PLAINTIFFS*, | : | CIVIL NO. H-83-366 (AHN)(HBF) |
| V. | : | |
| JOHN R. MANSON, ET AL., *DEFENDANTS*. | : | DECEMBER 20, 2006 |

## ORDER

In accordance with the monitoring provisions of the Consent Judgment dated April 23, 1987 and approved by Judge Nevas June 1, 1987, it is hereby ordered that the State of Connecticut shall reimburse the Court-appointed Monitoring Panel Member, Gordon I. Kuster, M.D., in the above-captioned case for fees for services rendered relating to the November 30, 2006 site visit, in the amount of $4,800.00.

The State of Connecticut shall pay forthwith Gordon I. Kuster, M.D., the sum of $4,800.00.

SO ORDERED.

Dated at Bridgeport, Connecticut, this 3d day of January 2007.

Holly B. Fitzsimmons
United States Magistrate Judge

December 13, 2006

Steven R. Strom
Assistant Attorney General
State of Connecticut
MacKenzie Hall
110 Sherman Street
Hartford, Ct 06105

                 Re: Mental Health Agreement Monitoring Panel
                     York CCI
                     West v. Manson, Civil # H-83-366

Dear Attorney Strom,

Te following bill is for services rendered by me associated with the November 30, 2006 site visit of the Agreement Monitoring Panel to York CCI

| Date | Description | Hours |
|---|---|---|
| Nov 24 – 30, 2006 | - Site visit preparation | 2.25 hrs |
| Nov 30, 2006 | - Travel/Meeting | 11.25 hrs |
| Dec 6 – 12, 2006 | - Report preparation | 10.5 hrs |
| | Total hrs: | 24 hrs |

Fee - $ 200 per hour         **Amount Due:**         **$4,800**

Note: The report has been completed and will be mailed to Judge Fitzsimmons this week. We have requested that the report be promptly forwarded to all relevant leadership given the urgent nature of the deficiencies.

Sincerely,

*Gordon I. Kuster*

Gordon I Kuster M.D.
189 Hitchcock Court
Orange, Ct 06477