## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| VALERIE WEST, ET AL. | : | CIVIL NO. 2:83CV0366(RNC/HBF) |
| *Plaintiffs* | : | |
| | : | |
| v. | : | |
| | : | |
| JOHN MANSON, ET AL | | |
| *Defendants* | : | January 18, 2007 |

## MOTION TO WITHDRAW APPEARANCE

Assistant Attorney General Margaret Q. Chapple respectfully requests leave of the Court to withdraw her appearance on behalf of the above defendants in the above-captioned matter. In support of this motion, counsel represents as follows: The case is being defended by the Attorney General Office's Public Safety Department; the undersigned is no longer the department head of that department and no longer has an involvement in the case; and Assistant Attorney General Steven Strom of the Public Safety Department has an appearance on file and is representing the defendants in the captioned matter

WHEREFORE, the undersigned respectfully requests that she be permitted to withdraw her appearance in this matter.

DEFENDANTS

RICHARD BLUMENTHAL
ATTORNEY GENERAL


BY: _____
Margaret Q. Chapple
Assistant Attorney General
55 Elm Street, P.O. Box 120
Hartford, CT  06141-0120
Tel: (860) 808-5340
Fax (860) 808-5383
E-mail:  Margaret.Chapple@po.state.ct.us
Federal Bar # ct05550

## **CERTIFICATION**

I hereby certify that a copy of the foregoing Motion To Withdraw Appearance was mailed on this 24th day of January, 2007 to:

| | |
|---|---|
| Lynn Cochrane, Esq. | Renee Redman, Esq. |
| Greater Hartford Legal Aid | American Civil Liberties Union |
| 999 Asylum Avenue | 32 Grant Street |
| Hartford, CT  06105 | Hartford, CT  06106 |
| | |
| Toya Graham, Esq. | Andrew Galliard, Esq. |
| 141 East Main Street | Day Pitney, LLP |
| P.O. Box 2242 | One Canterbury Green |
| Waterbury, CT 06722-2242 | Stamford, CT  06901 |

and sent by interoffice mail to:

Steven Strom, Assistant Attorney General
Public Safety Department
MacKenzie Hall
110 Sherman Street
Hartford, CT  06105


_____
Margaret Q. Chapple
Assistant Attorney General

2