IN THE
UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF CONNECTICUT

| | |
|---|---|
| VALERIE WEST, ET AL., *Plaintiffs,* | : CIVIL NO. H-83-366 (HBF) |
| V. | |
| JOHN R. MANSON, ET AL., *Defendants.* | : JANUARY 29, 2007 |

### ORDER RE: PLAINTIFFS' ATTORNEYS' FEES

In accordance with the parties' agreement in connection with the Consent Judgment dated October 13, 1988 and filed January 9, 1989, it is hereby ordered that the State of Connecticut shall reimburse the plaintiffs' attorneys, in the above-captioned case for total fees and costs from January 17, 2006 up to and including January 12, 2007, as follows:

The State of Connecticut shall pay forthwith to American Civil Liberties Union of Connecticut Foundation the sum of $2,161.07, and shall pay to Greater Hartford Legal Aid, Inc. the sum of $372.90.

SO ORDERED.

Dated at Bridgeport, Connecticut, this 29 day of January, 2007.

Holly B. Fitzsimmons
United States Magistrate Judge