UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| VALERIE WEST, ET AL.<br>Plaintiffs, | :<br>: CIVIL NO. H-83-366(RNC) (HBF)<br>: |
| v. | : |
| JOHN R. MANSON, ET AL.<br>Defendants. | :<br>:<br>: |

**MOTION FOR WITHDRAWAL OF APPEARANCE**

Pursuant to Rule 7 of the Local Rules of Civil Procedure for the United States District Court for the District of Connecticut, Philip Tegeler requests leave of this court to withdraw his appearance for plaintiffs in this action. Attorneys Renee C. Redman, Lynn Cochrane, and Andrew Gaillard will continue to serve as counsel for the plaintiffs.

BY: _____
Philip D. Tegeler
Fed. Bar #ct05515

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| VALERIE WEST, ET AL.<br>　　　Plaintiffs, | :<br>:   CIVIL NO. H-83-366(RNC) (HBF)<br>: |
| v. | :<br>: |
| JOHN R. MANSON, ET AL. | :<br>: |
| 　　　Defendants. | : |

## ORDER

Having considered Motion for Withdrawal of Appearance of Philip D. Tegeler as plaintiffs' counsel in this matter, pursuant to Rule 7 of the Local Rules of Civil Procedure for the United States District Court for the District of Connecticut, the Motion is hereby GRANTED this ____ day of _____, 2007.  It is SO ORDERED.

_____
Judge Presiding

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing has been mailed; postage prepaid, to Renee C. Redman, Esq., American Civil Liberties Union Foundation of CT, 32 Grand Street, Hartford, CT 06106; Lynn Cochrane, Esq., Greater Hartford Legal Aid, 999 Asylum Avenue, 3rd Floor, Hartford, CT 06105; Andrew Gaillard, Esq., Day Pitney, One Canterbury Green, Stamford, CT 06901; Toya Graham, Esq., 141 East Main Street, P.O. Box 2242, Waterbury, CT 06722; Steven R. Strom, Assistant Attorney General, Public Safety Department, MacKenzie Hall, 110 Sherman Street, Hartford, CT 06106; this 18th day of April 2007.

Philip D. Tegeler (ct 05515)

c/o
Poverty & Race Research Action Council
1015 15th St. N.W.  Suite 400
Washington, DC  20005
202-906-8024
202-360-3906 (cell)
ptegeler@prrac.org