UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| VALERIE WEST, ET AL.,<br>*PLAINTIFFS,* | CIVIL NO. H-83-366 (AHN)(HBF) |
| V. | |
| JOHN R. MANSON, ET AL.,<br>*DEFENDANTS.* | APRIL 26, 2007 |

## ORDER

In accordance with the monitoring provisions of the Consent Judgment dated April 23, 1987 and approved by Judge Nevas June 1, 1987, it is hereby ordered that the State of Connecticut shall reimburse the Court-appointed Monitoring Panel Member, Howard Zonana, M.D., in the above-captioned case for fees for services rendered relating to the November 30, 2006 site visit, in the amount of $3,400.00.

The State of Connecticut shall pay forthwith Howard Zonana, M.D., the sum of $3,400.00.

SO ORDERED.

Dated at Bridgeport, Connecticut, this /5 day of May, 2007.

Holly B. Fitzsimmons
United States Magistrate Judge