UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| VALERIE WEST, ET AL.,<br>*PLAINTIFFS,* | :    CIVIL NO. H-83-366 (AHN)(HBF) |
| V. | |
| JOHN R. MANSON, ET AL.,<br>*DEFENDANTS.* | :    JULY 30, 2007 |

### ORDER

In accordance with the monitoring provisions of the Consent Judgment dated April 23, 1987 and approved by Judge Nevas June 1, 1987, it is hereby ordered that the State of Connecticut shall reimburse the Court-appointed Monitoring Panel Member, Gordon I. Kuster, M.D., in the above-captioned case for fees for services rendered relating to the June 28, 2007 site visit, in the amount of $5,800.00.

The State of Connecticut shall pay forthwith Gordon I. Kuster, M.D., the sum of $5,800.00.

SO ORDERED.

Dated at Bridgeport, Connecticut, this 1st day of August, 2007.

_____
Holly B. Fitzsimmons
United States Magistrate Judge