UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| VALERIE WEST, ET AL. | : | |
| Plaintiffs, | : | CIVIL NO. H-83-366 (RNC) (HBF) |
| | : | |
| v. | : | |
| | : | |
| JOHN R. MANSON, ET AL. | : | January 17, 2008 |
| | : | |
| Defendants. | : | |

## APPEARANCE

Please enter my appearance as co-counsel for the plaintiffs in the above-captioned action in addition to the other appearance already on file.

Respectfully Submitted,

BY: _____
David J. McGuire (ct27523)
American Civil Liberties Union
Foundation of Connecticut
32 Grand Street
Hartford, CT 06106
Telephone: 860-247-9823 x 212
Fax: 860-728-0287
E-mail: dmcguire@acluct.org

## CERTIFICATE OF SERVICE

I hereby certify that on this 17th day of January 2008, a copy of the foregoing notice of appearance was filed electronically. Notice of this filing will be sent by electronic mail to all parties by operation of the court's electronic filing system. Parties may access this filing through the court's system.

_____
David J. McGuire