UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| Valerie WEST, et al., | ) | 2:83-CV-366 (RNC)(HBF) |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| John R. MANSON, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## MOTION TO WITHDRAW APPEARANCE

Pursuant to Rule 7(e) of the Local Rules of Civil Procedure for the United States District Court for the District of Connecticut, Renee C. Redman moves to withdraw her appearance on behalf of plaintiffs in this action.  As of February 4, 2008, she will be employed by New Haven Legal Assistance, Inc.  Attorneys Andrew P. Gaillard, Lynn B. Cochrane and David J. McGuire will continue to serve as counsel for plaintiff.

Dated: January 25, 2008

Respectfully Submitted,


BY:    /s/ Renee C. Redman
          Renee C. Redman (ct16604)
          American Civil Liberties Union
             Foundation of Connecticut
          32 Grand Street
          Hartford, CT 06106
          Telephone: 860-247-9823 x 211
          Fax: 860-728-0287
          E-mail: rredman@acluct.org

CERTIFICATE OF SERVICE

I hereby certify that on this 25th day of January 2008, a copy of the foregoing notice of appearance was filed electronically.  Notice of this filing will be sent by electronic mail to all parties by operation of the court's electronic filing system.  Parties may access this filing through the court's system.

       __/s/ Renee C. Redman_____
       Renee C. Redman