United States District Court
District of Connecticut
FILED AT BRIDGEPORT

March 4, 2008
Roberta D. Tabora, Clerk
By: Deputy Clerk

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

VALERIE WEST, ET AL.,
*PLAINTIFFS,*

V.

JOHN R. MANSON, ET AL.,
*DEFENDANTS.*

CIVIL NO. H-83-366 (AHN)(HBF)

FEBRUARY 28, 2008

## ORDER

In accordance with the monitoring provisions of the Consent Judgment dated April 23, 1987 and approved by Judge Nevas June 1, 1987, it is hereby ordered that the State of Connecticut shall reimburse the Court-appointed Monitoring Panel Member, Howard Zonana, M.D., in the above-captioned case for fees for services rendered relating to the January 24, 2008 site visit, in the amount of $2,000.00.

The State of Connecticut shall pay forthwith Howard Zonana, M.D., the sum of $2,000.00.

SO ORDERED.

Dated at Bridgeport, Connecticut, this 3rd day of March, 2008.

Holly B. Fitzsimmons
United States Magistrate Judge

# Yale University

School of Medicine
Department of Psychiatry
Connecticut Mental Health Center
Law & Psychiatry Division
34 Park Street
New Haven, Connecticut 06519-1187

February 12, 2008

Howard Zonana, M.D., Director

Steven R. Strom, Esq.
Assistant Attorney General
110 Sherman Street
Hartford, CT 06105

Telephone: 203 974-7158
Fax: 203 974-7177

**RE: Agreement Monitoring Panel York – Niantic, West v. Manson**
Following are the billing hours for the Monitoring panel January 24, 2008:

| | | | |
|---|---|---|---|
| York Site Visit (January 24, 2008) | 8:30 am – 4:30 pm | - | 8 hours |
| Report Preparation | | - | 2 hours |
| | | Total hours: | 10 hours |

**10 hours at $200 per hour**          $2,000.00

Please make check payable to:   Howard Zonana, M.D.
Connecticut Mental Health Center
34 Park Street, Rm 153
New Haven, CT 06405

Howard Zonana, M.D.
SSN: 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

RECEIVED
FEB 28 2008