United States District Court
District of Connecticut
FILED
March 4, 2008
Roberta D. Tabora, Clerk
By: Deputy Clerk

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| VALERIE WEST, ET AL., *PLAINTIFFS*, | CIVIL NO. H-83-366 (AHN)(HBF) |
| V. | |
| JOHN R. MANSON, ET AL., *DEFENDANTS*. | FEBRUARY 28, 2008 |

## ORDER

In accordance with the monitoring provisions of the Consent Judgment dated April 23, 1987 and approved by Judge Nevas June 1, 1987, it is hereby ordered that the State of Connecticut shall reimburse the Court-appointed Monitoring Panel Member, Gordon I. Kuster, M.D., in the above-captioned case for fees for services rendered relating to the January 24, 2008 site visit, in the amount of $2,600.00.

The State of Connecticut shall pay forthwith Gordon I. Kuster, M.D., the sum of $2,600.00.

SO ORDERED.

Dated at Bridgeport, Connecticut, this 3d day of March, 2008.

_____
Holly B. Fitzsimmons
United States Magistrate Judge

Feb 25, 2008

Steven R. Strom
Assistant Attorney General
State of Connecticut
MacKenzie Hall
110 Sherman Street
Hartford, Ct. 06105

Re: Mental Health Agreement Monitoring Panel
CCI - York/Niantic
West vs Manson, Civil # H-83-366

Dear Attorney Strom,

The following bill is for services rendered by me associated with the Jan 24, 2008 site visit of the Agreement Monitoring Panel to York/Niantic.

| Date | Service | Hours |
|---|---|---|
| 1/23-24/08 | - Site visit preparation | 2.5 hours |
| 1/24/08 | - Travel / Meeting | 10 hours |
| 1/31/08 | - Report Preparation | .5 hours |
| | Total Hours: | 13 hours |

Fee - $ 200 per hour

**Amount Due:**     **$ 2,600**

Sincerely,

Gordon I Kuster M.D.
189 Hitchcock Court
Orange, Ct. 06477

203-799-2754



RECEIVED
FEB 2 6 2008