UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

VALERIE WEST, ET AL.,                :
                                     :
    Plaintiffs,                      :
                                     :
V.                                   :   NO.2:83 CV-0366 (RNC)
                                     :
JOHN R. MANSON, ET AL.,              :
                                     :
    Defendants.                      :

REFERRAL TO MAGISTRATE JUDGE

This case is hereby referred to Magistrate Judge Holly B. Fitzsimmons for the following:

_____   For all pretrial matters excluding trial, unless the parties consent to trial before the magistrate judge;

_____   To confer with the parties and enter the scheduling order required by F.R.Civ.P. 16(b);

_____   To supervise discovery and resolve discovery disputes;

_____   To conduct a settlement conference;

_____   To conduct a prefiling conference;

_____   A hearing on damages and attorney fees;

\_\_X\_\_\_   A ruling on the following pending motion(s):

         Emergency Motion to Stay [497]

         So ordered.

    Dated at Hartford, Connecticut this 10th day of April 2017.

                                         /s/ RNC
                                    Robert N. Chatigny, U.S.D.J.